## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**RONALD RIVERA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-915

[January 24, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Tim Bailey, Judge; L.T. Case No. 10-573CF10A.

Ronald Rivera, Perry, pro se.

Ashley B. Moody, Attorney General, Tallahassee, and Anesha Worthy Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***